William K. Enger (State Bar No. 143808)
Daniel Marsh (State Bar No. 284948)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, CA  94105-2725
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370
Email:  william.enger@wilsonelser.com
             daniel.marsh@wilsonelser.com

Attorney for Plaintiff
HARTFORD INSURANCE COMPANY OF THE MIDWEST

IT IS SO ORDERED
Judge Edward J. Davila
Dated: 1/8/2015

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HARTFORD INSURANCE COMPANY OF THE MIDWEST,<br><br>Plaintiff,<br><br>v.<br><br>BOX, INC.,<br><br>Defendant. | Case No.: 5:14-cv-05149-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)** |

PLEASE TAKE NOTICE, that Plaintiff HARTFORD INSURANCE COMPANY OF THE MIDWEST hereby voluntarily dismisses the above captioned action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).  Defendant has not appeared in this action and no answer has been filed.

The Clerk shall close this file.

Date: January 8, 2015          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:     */s/ Daniel J. Marsh*
          WILLIAM K. ENGGER
          DANIEL J. MARSH
          Attorneys for Plaintiff
          HARTFORD INSURANCE COMPANY OF
          THE MIDWEST.